```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| COLONY NATIONAL INSURANCE, COMPANY, | : : : | CIVIL ACTION NO. 09-2916 |
| Plaintiff, | : : | |
| v. | : : | |
| UHS CHILDREN SERVICES, INC., et al., | : : : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **11th** day of **September 2009**, upon consideration of Defendants' motion to dismiss (doc. no. 3), and Plaintiff's response thereto, it is hereby **ORDERED** that Defendants' motion is **GRANTED**, and the Complaint is hereby **DISMISSED without prejudice**.[1]

**AND IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　 S/Eduardo C. Robreno

　　　　　　　　　　　　　　　　 **EDUARDO C. ROBRENO, J.**

---

[1] This Order and the accompanying memorandum reduce to writing and further explain the basis for the oral order issued from the bench on September 4, 2009.